RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
ALEXANDRIA, LOUISIANA
DATE 12-4-06
BY JDB

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CLOVIS JOSEPH SCHEXNAYDER, Plaintiff | CIVIL ACTION SECTION "P" NO. CV00-1447 |
| VERSUS | |
| BARON KAYLO, WARDEN, et al., Defendants | JUDGE DEE D. DRELL MAGISTRATE JUDGE JAMES D. KIRK |

## O R D E R

Before the court is a motion filed by Schexnayder to recover funds withdrawn from his inmate account by the Department of Corrections to pay the filing fee in the above-captioned case. Although the filing fee has paid in full since January 25, 2005, the Louisiana Department of Corrections and the Allen Correctional Center in Kinder, Louisiana have continued to withdraw amounts from Schexnayder's prison account for payment of the filing fee. Accordingly,

IT IS ORDERED that the Louisiana Department of Corrections and Allen Correctional Center is to immediately *CEASE WITHDRAWING FUNDS* from Schexnayder's prison account for the purpose of paying the filing fee in the above-captioned case.

IT IS FURTHER ORDERED that the Louisiana Department of Corrections and Allen Correctional Center must immediately *REFUND ALL AMOUNTS* withdrawn from Schexnayder's account, for purposes of

paying the filing fee in this case, **after January 5, 2005.**

THUS DONE AND SIGNED in Alexandria, Louisiana on this 4th day of December 2006.

_____
JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE

COPY SENT:
DATE: 12-4-06
BY: JDB
TO: Financial;
Financial Officer - ACC